# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| Cheryl Boggs, | ) | C.A. No.: 6:17-cv-02890-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| Liberty Life Assurance Company | ) | |
| Of Boston, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to April 13, 2018. The parties have advised the court that they would like to explore settlement at or before mediation before preparing a joint stipulation. Accordingly, the parties have asked for the deadline to mediate be moved to April 13, 2018 and to file memoranda and a joint stipulation in the matter *sub judice* to May 13, 2018. For good cause shown, the court does believe that an extension of time within which to mediate, file memoranda and file a joint stipulation pursuant to the court's specialized case management order is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to April 13, 2018 and to file memoranda and a joint stipulation in the matter *sub judice* to May 13, 2018.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate by April 13, 2018 and to file memoranda and to file a joint stipulation pursuant to the court's specialized case management order in the matter *sub judice* is hereby extended until May 13, 2018. In all other regards, the parties shall comply with the specialized case management order.

**AND, IT IS SO ORDERED.**

|                    | s/Bruce H. Hendricks |
|                    | --- |
|                    | The Honorable Bruce H. Hendricks<br>United States District Judge |

March 16, 2018